Collin Leepearl RADER, Appellant,

v.

DIRECTOR OF REVENUE, State of Missouri, Respondent.

No. WD 74694.

Missouri Court of Appeals, Western District.

Aug. 14, 2012.

William Shull, Jr., Liberty, MO, for Appellant.

Jessica Meredith, Jefferson City, MO, for Respondent.

Before: JAMES EDWARD WELSH, C.J., THOMAS H. NEWTON, and GARY D. WITT, JJ.

## ORDER

PER CURIAM:

Ms. Collin Rader appeals the circuit court's judgment in favor of the Director of Revenue affirming the suspension of her driver's license. Ms. Rader contends that the circuit court erred in finding that the Director established probable cause for the arrest.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).

■

HILL TRUCKING, LLC, Appellant,

v.

DIVISION OF EMPLOYMENT SECURITY, Respondent.

No. WD 74773.

Missouri Court of Appeals, Western District.

Aug. 14, 2012.

Patrick J. Platter, Springfield, MO, for appellant.

Shelly A. Kintzel, Jefferson City, MO, for respondent.

Division Three: JAMES M. SMART, JR., P.J., VICTOR C. HOWARD and JAMES E. WELSH, JJ.

## ORDER

PER CURIAM:

Hill Trucking, LLC, appeals the Labor and Industrial Relations Commission's determination that Hill Trucking was an "employer" for purposes of the Missouri Employment Security Law, Chapter 288 RSMo, and that Hill Trucking and its member, Larry Hill, are liable for the assessment of contributions and interest under that Law. The judgment is affirmed. Rule 84.16(b).